# EXHIBIT 1

# TWO◆SIGMA

April 22, 2009

Daniel Case
3000 Blackburn Street # 1704
Dallas, TX 75204

Dear Dan:

We are pleased to present you with this formal offer of a position at Two Sigma Investments, LLC. We are excited for you to join the firm and look forward to your arrival.

You will receive a one-time sign on bonus in the gross amount of $53,000, which you are required to repay in the gross amount on a ratable basis if you voluntarily leave the firm prior to your anniversary date.   During the portion of the year that you are employed by the firm, you will be paid a base salary, computed at an annual rate of $125,000 per year, payable in accordance with the firm's normal payroll practices.  In addition to your sign on bonus and base salary, you will receive a guaranteed year-end bonus of $375,000 per year, non-prorated and payable at the end of the calendar year or as soon thereafter as is practicable, provided that your employment commences on or before June 1, 2009.  You will also receive a payment in lieu of deferred compensation from your former employer in the amount of $225,000.  Such payment will be made in three installments on the following schedule based on your continued employment: $45,000 at the end of 2009; $90,000 at the end of 2010; and $90,000 at the end of 2011.  Payments will be made by year-end, or as soon thereafter as is practical.  Notwithstanding the foregoing, you acknowledge and agree that no bonus payments outlined in this letter will be awarded if you voluntarily resign or give notice of resigning prior to year-end, regardless of your performance or the firm's results.  Your entire compensation package will be subject to review at the end of 2009, subject to the firm's compensation policies. As a full-time employee, you will be entitled to the firm's standard benefits subject to the terms of the Summary Plan Documents.

Nothing in this letter affects the fact that you are an employee at will, which means that you or the company can terminate your employment at any time with or without cause.  This offer is contingent on your agreement to execute the attached Invention, Non-Disclosure, and Non-Competition Agreement and on the conclusion of a background search that is satisfactory to Two Sigma.  This offer is also contingent on securing necessary permissions to work in the United States.

Finally, this offer is made with the understanding that you will not bring with you any confidential or proprietary information belonging to any of your previous employers, and that you will refrain from disclosing to us, or using while employed by us, any such confidential or proprietary information.

Once again, let me express our excitement about having you on board. We look forward to working with you.

Sincerely,

John A. Overdeck
Co-Chairman


_____                    _____
Employee Name (Please Print)                        Employee Start Date


_____
Employee Signature

# EXHIBIT 2

**TWO◆SIGMA**

April 22, 2009

Daniel Case
3000 Blackburn Street # 1704
Dallas, TX 75204

Dear Dan:

We are pleased to present you with this formal offer of a position at Two Sigma Investments, LLC. We are excited for you to join the firm and look forward to your arrival.

You will receive a one-time sign on bonus in the gross amount of $53,000, which you are required to repay in the gross amount on a ratable basis if you voluntarily leave the firm prior to your anniversary date.   During the portion of the year that you are employed by the firm, you will be paid a base salary, computed at an annual rate of $125,000 per year, payable in accordance with the firm's normal payroll practices.  In addition to your sign on bonus and base salary, you will receive a guaranteed year-end bonus of $375,000 per year, non-prorated and payable at the end of the calendar year or as soon thereafter as is practicable, provided that your employment commences on or before June 1, 2009.  You will also receive a payment in lieu of deferred compensation from your former employer in the amount of $225,000.  Such payment will be made in three installments on the following schedule based on your continued employment: $45,000 at the end of 2009; $90,000 at the end of 2010; and $90,000 at the end of 2011. ·Payments will be made by year-end, or as soon thereafter as is practical.  Notwithstanding the foregoing, you acknowledge and agree that no bonus payments outlined in this letter will be awarded if you voluntarily resign or give notice of resigning prior to year-end, regardless of your performance or the firm's results.  Your entire compensation package will be subject to review at the end of 2009, subject to the firm's compensation policies. As a full-time employee, you will be entitled to the firm's standard benefits subject to the terms of the Summary Plan Documents.

Nothing in this letter affects the fact that you are an employee at will, which means that you or the company can terminate your employment at any time with or without cause.  This offer is contingent on your agreement to execute the attached Invention, Non-Disclosure, and Non-Competition Agreement and on the conclusion of a background search that is satisfactory to Two Sigma.  This offer is also contingent on securing necessary permissions to work in the United States.

Finally, this offer is made with the understanding that you will not bring with you any confidential or proprietary information belonging to any of your previous employers, and that you will refrain from disclosing to us, or using while employed by us, any such confidential or proprietary information.

Once again, let me express our excitement about having you on board. We look forward to working with you.

Sincerely,

John A. Overdeck
Co-Chairman

Daniel Case
Employee Name (Please Print)

5/11/09
Employee Start Date

Employee Signature

# EXHIBIT 3

# TWO◆SIGMA

May 21, 2009

Daniel Case
3000 Blackburn Street # 1704
Dallas, TX 75204

Dear Dan:

By this letter, I write to formally confirm that Two Sigma Investments, LLC has notified you that the firm has revoked its offer of employment to you. As you know, the firm made an offer of at-will employment to you to pursue establishing a reinsurance business for the firm. However, as the firm conveyed to you before you accepted its offer, the firm has been conducting ongoing research into this business model (including research into your representations about this business model) so as to ascertain whether the firm should pursue the business at this time. For that reason, the firm previously recommended that you refrain from resigning and/or seeking housing in the New York area and informed you that you would not be starting employment on May 11, 2009. Based upon our continuing research into this business, the firm has determined that it will not, at this time, be proceeding with the position offered to you.

We wish you luck in your future endeavors and encourage you to remain in contact with us. Should you have any questions regarding this matter, you should direct them to Ann B. Ruble, Managing Director, Human Resources.

Sincerely,

John A. Overdeck

Co-Chairman