**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DANIEL CASE** | § | |
| | § | |
| ***Plaintiff*** | § | |
| | § | |
| **v.** | § | **Case 3:09-cv-01283-N** |
| | § | |
| **TWO SIGMA INVESTMENTS, LLC** | § | |
| | § | |
| ***Defendant*** | § | |

**ORDER ON DEFENDANT'S MOTION ABATE**

After considering Defendant Two Sigma Investments, LLC's unopposed motion to abate, the court

GRANTS the motion and abates the case until October 30, 2009.

SIGNED October 2, 2009.

David C. Godbey
United States District Judge