IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL CASE, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:09-cv-01283-N |
| v. | § § § | |
| TWO SIGMA INVESTMENTS, LLC, | § § | |
| Defendant. | § § § | |

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above entitled action be discontinued with prejudice and without cost to either party and that an order to that effect may be entered without further notice.

Dated: Dallas, Texas
   December 11, 2009

Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
214-720-2009 telephone
214-720-2291 facsimile

By: _____
Hal K. Gillespie
Texas State Bar No. 07925500

*Attorneys for Plaintiff Daniel Case*

Shields, Britton & Fraser, PC
5401 Village Creek Drive
Plano, Texas 75093
469-726-3075 telephone
972-788-4332 facsimile

By: _____
Philip T. Kingston
Texas State Bar No. 24010159

*Attorneys for Defendant Two Sigma Investments, LLC*

Signed 3/12/10

So Ordered: _____
HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE